33 So.2d 281

**Edward SANDERS v. STATE.**

2 Div. 771.

Court of Appeals of Alabama.

Nov. 18, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

35 So.2d 924

**Louise SANDERS v. CITY OF HUNTS-VILLE.**

8 Div. 648.

Court of Appeals of Alabama.

May 20, 1948.

PER CURIAM.

Appeal dismissed, want of prosecution.

34 So.2d 872

**Louise SANDERS v. STATE.**

8 Div. 605.

Court of Appeals of Alabama.

Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

35 So.2d 925

**Joseph Washington SANDLIN v. STATE.**

6 Div. 625.

Court of Appeals of Alabama.

April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

34 So.2d 872

**B. SATCHEL v. STATE.**

4 Div. 41.

Court of Appeals of Alabama.

April 6, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.